```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 15475
   DIANA STARKS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6821


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/17/2008 and was not confirmed.

     The case was dismissed without confirmation 09/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AT&T                      UNSEC W/INTER NOT FILED              .00           .00
BALLYS                    UNSEC W/INTER   2254.23              .00           .00
BANK OF AMERICA NA        UNSEC W/INTER   1002.90              .00           .00
CAPITAL ONE               UNSEC W/INTER NOT FILED              .00           .00
CASHCALL                  NOTICE ONLY   NOT FILED              .00           .00
CASHCALL INC              UNSEC W/INTER NOT FILED              .00           .00
CHASE BP                  UNSEC W/INTER NOT FILED              .00           .00
CITY OF CHICAGO PARKING   UNSEC W/INTER   1960.00              .00           .00
COMCAST                   UNSEC W/INTER NOT FILED              .00           .00
COMMONWEALTH EDISON       NOTICE ONLY   NOT FILED              .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER    732.97              .00           .00
FIRST PREMIER BANK        UNSEC W/INTER NOT FILED              .00           .00
FIRST SAVINGS CREDIT CAR  UNSEC W/INTER NOT FILED              .00           .00
GLOBAL ACCEPTANCE CREDIT  UNSEC W/INTER   2591.45              .00           .00
HOUSEHOLD                 UNSEC W/INTER NOT FILED              .00           .00
HOUSEHOLD                 UNSEC W/INTER NOT FILED              .00           .00
ILLINOIS LENDING GROUP    NOTICE ONLY   NOT FILED              .00           .00
ILLINOIS LENDING CORP     UNSEC W/INTER NOT FILED              .00           .00
KING AUTO TITLE LOAN      UNSEC W/INTER    844.00              .00           .00
LOAN EXPRESS CO           UNSEC W/INTER    548.20              .00           .00
NCO                       UNSEC W/INTER NOT FILED              .00           .00
PATRICK COLLINS           UNSEC W/INTER   3000.16              .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   2206.56              .00           .00
AT & T BANKRUPCTY         UNSEC W/INTER NOT FILED              .00           .00
SBC AMERITECH             NOTICE ONLY   NOT FILED              .00           .00
SUN CASH OF WI LLC        UNSEC W/INTER NOT FILED              .00           .00
HENRY H CHOI              NOTICE ONLY   NOT FILED              .00           .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00


       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 15475 DIANA STARKS
```

```
TRUSTEE                                                  .00

PRIORITY                                                                 .00
SECURED                                                                  .00
UNSECURED                                                                .00
ADMINISTRATIVE                                                           .00
TRUSTEE COMPENSATION                                                     .00
DEBTOR REFUND                                                            .00
                                        ---------------   ---------------
TOTALS                                             .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 08 B 15475 DIANA STARKS